# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

PETER M. DEPUE,

       Plaintiff,

v.                                    CASE  NO: 13-CV-14369-DT

UAW-GM LEGAL SERVICES,

       Defendants.

_____/

## JUDGMENT

In accordance with the Order Adopting the Magistrate Judge's Report and

Recommendation entered this date,

IT IS ORDERED AND ADJUDGED that judgment be, and hereby is **GRANTED**

in favor of Defendant and against the Plaintiff.

Dated: July 30, 2014

                       ENTERED BY ORDER OF THE
                       COURT

                        S/Lisa G. Wagner
                       LISA G. WAGNER, CASE MANAGER
                       TO JUDGE ROBERT H. CLELEND